| | |
|---|---|
| 1 | Dan Lawton (State Bar No. 127342) |
| 2 | dan@lawtonlaw.com (Electronic mail)<br>Joseph C. Kracht (State Bar No. 228507) |
| 3 | joe@lawtonlaw.com (Electronic mail)<br>LAWTON LAW FIRM |
| 4 | Emerald Plaza<br>402 West Broadway, Suite 1330 |
| 5 | San Diego, CA 92101<br>(619) 595-1370 (Telephone) |
| 6 | (619) 595-1520 (Telefacsimile)<br>www.lawtonlaw.com |
| 7 | Justin G. Reden (State Bar No. 230068) |
| 8 | jreden@redenandreden.com (Electronic mail)<br>REDEN & REDEN, APC |
| 9 | 16885 Via Del Campo Court, Suite 320<br>San Diego, CA 92127 |
| 10 | (619) 758-3869 (Telephone)<br>(800) 746-5015 (Telefacsimile) |
| 11 | www.redenandreden.com |
| 12 | **Attorneys for Plaintiff Security5, LLC** |
| 13 | Lisa M. Chapman (State Bar No. 118113)<br>lchapman@rroyselaw.com |
| 14 | ROYSE LAW FIRM, PC<br>149 Commonwealth Drive, Suite 1001 |
| 15 | Menlo Park, CA 94025<br>(650) 813-9700 (Telephone) |
| 16 | (650) 813-9777 (Telefacsimile)<br>www.rroyselaw.com |
| 17 | **Attorneys for Defendants React Mobile, LLC and React Mobile, Inc.** |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY5, LLC, a Delaware limited liability company, | Case No. 16-cv-02004-CAB-BLM |
| Plaintiff, | JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT |
| v. | |
| REACT MOBILE LLC, a Washington limited liability company; REACT MOBILE, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

1

CASE NO. 16-CV-02004-CAB-BLM

1  The parties hereby move jointly for an order setting aside the clerk's entry
2  of default against both defendants, React Mobile, LLC and React Mobile, Inc.
3  Defendants have agreed to acknowledge and accept service of process of
4  the summons and complaint in this action.  Defendants have requested, and
5  plaintiff has agreed, that defendants have 60 days from the granting of this motion
6  to file a responsive pleading.
7  No prejudice to any party would occur by the granting of this motion.

8
9  Dated: October 18, 2016          By: s/Dan Lawton
                                    DAN LAWTON
10                                  Attorneys for Plaintiff Security5, LLC
11

12 Dated: October 18, 2016          By: s/Lisa M. Chapman
                                    LISA M. CHAPMAN
13                                  Attorneys for Defendants React Mobile, LLC and
                                    React Mobile, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28