**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SECURITY5, LLC v. REACT MOBILE, LLC ET AL.        Case No. 16cv2004 DMS(RBB)
                                                  **Time Spent: 2 hrs. 30 mins.**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr. 4:03 p.m. - 4:08 p.m.

                              Attorneys
        Plaintiffs                                Defendants

Todd J. Langford                                  Thomas E. Moore
Joe Kracht


PROCEEDINGS:    X   In Chambers    X   In Court   ___ Telephonic

An early neutral evaluation conference was held.

The case settled.

A telephonic attorneys-only settlement disposition conference will be held on May 2, 2017, at 8:00 a.m. with Magistrate Judge Brooks **UNLESS THE ORIGINAL SIGNED JOINT MOTION TO DISMISS THIS CASE IS E-FILED PRIOR TO THAT TIME AND A PROPOSED ORDER GRANTING THE JOINT MOTION IS E-MAILED TO THE ASSIGNED DISTRICT JUDGE**. If a signed Joint Motion cannot be e-filed before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain the reasons therefor. **If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the stipulation for dismissal. Consent forms are available in the Clerk's Office or on-line**. Monetary sanctions shall be imposed for failure to comply with this order.

Counsel for Plaintiff is to initiate the call.


DATE: March 1, 2017        IT IS SO ORDERED:    *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:  Judge Sabraw
     All Parties of Record