Dan Lawton (State Bar No. 127342)
Joseph C. Kracht (State Bar No. 228507)
LAWTON LAW FIRM
Emerald Plaza
402 West Broadway, Suite 1330
San Diego, CA 92101
(619) 595-1370 (Telephone)
(619) 595-1520 (Telefacsimile)
Email: dan@lawtonlaw.com; joe@lawtonlaw.com

Justin G. Reden (State Bar No. 230068)
Todd J. Langford (State Bar No. 254517)
REDEN & REDEN, APC
16885 Via Del Campo Court, Suite 320
San Diego, CA 92127
(619) 758-3869 (Telephone)
(800) 746-5015 (Telefacsimile)
Email: jreden@redenandreden.com; tlangford@redenandreden.com

Attorneys for Plaintiff and Counterdefendant Security5, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY5, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REACT MOBILE LLC, a Washington limited liability company; REACT MOBILE, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>REACT MOBILE, LLC, a Washington limited liability company; REACT MOBILE, INC., a Delaware corporation<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>SECURITY5, LLC, a Delaware limited liability company,<br><br>　　　　Counterdefendant. | Case No.　16-CV-02004-DMS-RBB<br><br>JOINT MOTION TO DISMISS CASE WITHOUT PREJUDICE |

1

CASE NO.　16-CV-02004-DMS-RBB

TO THIS HONORABLE COURT:

Plaintiff and counterdefendant Security5, LLC and defendants and counterclaimants React Mobile, LLC and React Mobile, Inc. hereby jointly move the Court to dismiss this action in its entirety *without prejudice*.

The parties have agreed to settle and compromise their respective claims. A condition of their settlement agreement requires the case be dismissed without prejudice.

For that reason, the parties respectfully request the Court grant this motion and order the case dismissed without prejudice.

Respectfully submitted,

Dated: May 1, 2017   By: s/Dan Lawton
DAN LAWTON
Attorneys for Plaintiff Security5, LLC

Dated: May 1, 2017   By: s/Thomas E. Moore III
THOMAS E. MOORE III
Attorneys for Defendants React Mobile, LLC and React Mobile, Inc.